# UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No: 22CR330-LL |
| | ) | |
| v. | ) | RECEIVED<br>U.S. MARSHALS-S/CA<br>2022 JUL 12 PM 3: 34 |
| Sophorn Din Phoung | ) | |
| | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

(✓) Ad Prosequendum        ( ) Ad Testificandum.

Name of Detainee: Sophorn Din Phoung, Booking #22718293

Detained at (custodian): Attn: Warden, George Bailey Detention Facility, 446 Alta Rd, Ste 5300, San Diego, CA 92

Detainee is:  a.)  (✓) charged in this district by:
            (✓) Indictment    ( ) Information    ( ) Complaint
            Charging Detainee With: 18 U.S.C. § 371 Consp. to Operate Illegal Gambling Bus.
or          b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ( ) return to the custody of detaining facility upon termination of proceedings
or             b.) (✓) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary on July 27, at 2:00 p.m. in the courtroom of the Honorable Judge Barbara L. Major for initial appearance on federal charges.

I hereby attest and certify on **7/12/2022**
That the foregoing document is a full, true and correct copy of the original ~~on file in my office and in my legal custody~~.

CLERK U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____M. Joya_____ Deputy

Signature: _____
Printed Name & Phone no.: A. Dale Blankenship, 619-546-6705
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

(✓) Ad Prosequendum        ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the name detainee, on the date and time received above, and any further proceeding to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

July 12, 2022

Date

_____ [SEAL]
United States District/Magistrate Judge

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Scooby | ☑ Male | ☐ Female |
| Booking or Fed. Reg. #: | 22718293 | DOB: | 02/04/1982 |
| Facility Address: | 446 Alta Rd, Ste 5300 | Race: | |
| | San Diego, CA 92158 | FBI#: | |
| Facility Phone: | 619-210-0385 | | |
| Currently Incarcerated For: | Probation Violation / Federal hold | | |

### RETURN OF SERVICE

Executed on: _____  by: _____

_____
(Signature)

Form Crim-48                                Revised 7/25/14